SCHROETENBOER *v.* BULTMAN.

This case is controlled by *Timmerman* v. *Bultman, ante, 99.*

Error to Ottawa; Cross (Orien S.), J. Submitted October 7, 1930. (Docket No. 15, Calendar No. 35,021.) Decided January 7, 1931.

Assumpsit by John H. Schroetenboer, and another against Richard H. Bultman and others for an amount due on fraudulent sale of corporate stock. Judgment for defendants Henry L. Doherty & Company and Fidelity & Deposit Company of Maryland, Inc. Plaintiffs bring error. Reversed, and judgment ordered entered for plaintiffs.

*Dilley & Dilley,* for plaintiffs.

*Diekema, Kollen & Ten Cate,* for defendants Henry L. Doherty & Company and Fidelity & Deposit Company of Maryland, Inc.

NORTH, J. The opinion handed down herewith in *Timmerman* v. *Bultman, ante,* 99, is controlling in the instant case. The record is remanded to the circuit court with direction to set aside the judgment heretofore entered in favor of defendants and to enter judgment therein in favor of plaintiffs and against defendants for $666, with interest at five per cent. per annum computed from January 23, 1927. Plaintiffs will have costs of both courts.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, POTTER, SHARPE, and FEAD, JJ., concurred.